840

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JAMES E. WILLIAMS, Defendant-Appellee.

(No. 57267;

First District (5th Division)—June 7, 1974.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.

David Lincoln Ader, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAROLD ANDERSON, JR., Defendant-Appellant.

(Nos. 58288, 58831 cons.;

First District (3rd Division)—June 20, 1974.